

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

August 5, 2016

**Via Email and First Class Mail**

Timothy F. Butler, Esq.
Nine East 45th Street, 9th Floor
New York, New York 10017
TButler@tkblaw.com

**Re:** ***Northwell Health, Inc. v. Empire Blue Cross and Blue Shield, Empire HealthChoice Assurance, Inc., and Empire HealthChoice HMO, Inc., as successor to Empire HealthChoice, Inc.,*** **No. 2:16-CV-01967 (SJF)(ARL) (E.D.N.Y.)**

Dear Mr. Butler:

As you know, we represent Defendants Empire HealthChoice Assurance, Inc., and Empire HealthChoice HMO, Inc., (the "Empire Defendants") in the above-referenced action.  Enclosed are service copies of the following papers in support of the Empire Defendants' Motion to Dismiss:

1. The Empire Defendants' Notice of Motion to Dismiss; and
2. Memorandum of Law in Support of the Empire Defendants' Motion to Dismiss.

Please feel free to contact me with any questions.

Sincerely,

*A E Korchin*

A. Elizabeth Korchin
elizabeth.korchin@hoganlovells.com
D 212-891-5469

Enclosures

cc: Sandra J. Feuerstein, U.S.D.J. (without enclosures) (via ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in:  Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices:  Budapest  Jeddah  Riyadh  Zagreb