# TIBBETTS KEATING & BUTLER, LLC
### ATTORNEYS AT LAW
### 43 Corbin Drive
### DARIEN, CONNECTICUT 06820

ALFRED P. TIBBETTS
TIMOTHY F. BUTLER [#]

MEREDITH F. MCBRIDE [#]
THOMAS B. NOONAN [#]

*Admitted NY & NJ
[#] Admitted NY & CT
~ Admitted NY Only

TEL (203) 656 -1066
FAX (203) 656 - 2573

OF COUNSEL
THOMAS A. BUTLER~
MARY P. KEATING [#]
ROSS M. CHINITZ [#]
DAVID J. MCCARTHY*
TIMOTHY COSTELLO [#]

NINE EAST 45TH ST., 9TH FLOOR
New York, NY 10017
(212) 629-4119

August 19, 2016

**SENT VIA ECF**

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  *Northwell Health, Inc. v. Empire Blue Cross and Blue Shield, Empire HealthChoice Assurance, Inc., and Empire HealthChoice HMO, Inc., as successor to Empire HealthChoice, Inc.,* No. 2:16-CV-01967 (SJF) (ARL)

Dear Judge Feuerstein

With respect to the above captioned case, the parties have agreed to the following briefing schedule in connection to defendants' motion to dismiss served by letter upon plaintiff on August 5, 2016. Plaintiffs will file its opposition memorandum by September 8, 2016; and defendants will file their reply memorandum by September 22, 2016.

Respectfully submitted,

Timothy F. Butler

cc:   Counsel for all parties via ECF